IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT A. GARNER, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 13-2756 |
| THE SCHOOL DISTRICT OF PHILADELPHIA, | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this 24th day of October, 2014, upon consideration of Defendant, the School District of Philadelphia's (the "School District"), Motion for Summary Judgment against Plaintiff, Robert A. Garner ("Garner") (Doc. No. 18), Garner's Response, and the School District's Reply thereto, it is hereby **ORDERED** that said Motion is **GRANTED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE